J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

John Sprague, an individual
and d/b/a Amazon.com Seller nrbq81160
nrbq81160@usa.net
27109 Family Terrace
Damascus, MD 20872
Telephone: (301) 343-6632

Defendant, *in pro se*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> John Sprague, an individual and d/b/a Amazon.com Seller nrbq81160, and Does 1-10, inclusive, <br><br> Defendants. | Case No.: CV13-04064 MWF (JEMx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant John Sprague, an individual and d/b/a Amazon.com Seller nrbq81160 ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's

Works; or

    c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: August 29, 2013

_____
Hon. Michael W. Fitzgerald
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment

John Sprague, an individual
and d/b/a Amazon.com Seller nrbq81160

By: _____
    John Sprague
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG. NO. | DESCRIPTION | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 393-288 | 42nd Street | Turner Entertainment Company ("TEC") |
| RE 345-239 | A Dog of Flanders | The Rainbow Group, Ltd. |
| PA 962-790 | Any Given Sunday | Warner Brothers, a division of Time Warner Entertainment Company, LP ("WB") |
| PA 1-220-662 | Before Sunset | Warner Brothers Entertainment, Inc. ("WBEI") |
| PA 431-870 | Casablanca | TEC |
| PA 1-222-767 | Chasing Liberty | Micro Fusion 2003-2, LLP |
| PA 291-702 | Cobra | Warner Brothers, Inc. ("WBI") |
| PA 450-051 | Family Business | Tri-Star Pictures, Inc. |
| PA 1-626-432 | Ghosts Of Girlfriends Past | New Line Productions, Inc. ("NLPI") |
| PA 594-722 | GILLIGAN'S ISLAND: Two On A Raft | TEC, Candace Silvers-Lee ("CSL"), Catherine Silvers-Burnett ("CSB"), Laury Silvers ("LS"), Nancy Silvers ("NS"), and Tracy Silvers ("TS") |
| PA 594-840 | GILLIGAN'S ISLAND: Home Sweet Hut | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-839 | GILLIGAN'S ISLAND: Voodoo Something To Me | TEC, CSL, CSB, LS, NS, AND TS |

| | | |
|---|---|---|
| PA 594-838 | GILLIGAN'S ISLAND: Goodnight Sweet Skipper | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-721 | GILLIGAN'S ISLAND: Wrong Way Feldman | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-306 | GILLIGAN'S ISLAND: President Gilligan | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-304 | GILLIGAN'S ISLAND: The Sound Of Quacking | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-308 | GILLIGAN'S ISLAND: Goodbye Island | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-723 | GILLIGAN'S ISLAND: The Big Gold Strike | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-724 | GILLIGAN'S ISLAND: Waiting For Watubi | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-725 | GILLIGAN'S ISLAND: Angel On The Island | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-307 | GILLIGAN'S ISLAND: Birds Gotta Fly, Fish Gotta Talk | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-302 | GILLIGAN'S ISLAND: Three Million Dollars More Or Less | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-726 | GILLIGAN'S ISLAND: Water, Water Everywhere | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-727 | GILLIGAN'S ISLAND: So Sorry, My Island Now | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-719 | GILLIGAN'S ISLAND: Plant You Now, Dig You Later | TEC, CSL, CSB, LS, NS, AND TS |
| PA 595-592 | GILLIGAN'S ISLAND: Little Island, Big Gun | TEC, CSL, CSB, LS, NS, AND TS |
| PA 595-594 | GILLIGAN'S ISLAND: X Marks The Spot | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-728 | GILLIGAN'S ISLAND: Gilligan Meets Jungle Boy | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-729 | GILLIGAN'S ISLAND: St. Gilligan And The Dragon | TEC, CSL, CSB, LS, NS, AND TS |
| PA 595-593 | GILLIGAN'S ISLAND: Big Man On A Little Stick | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-301 | GILLIGAN'S ISLAND: Diamonds Are An Ape's Best Friend | TEC, CSL, CSB, LS, NS, AND TS |

| | | |
|---|---|---|
| PA 594-732 | GILLIGAN'S ISLAND: How To Be A Hero | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-897 | GILLIGAN'S ISLAND: The Return Of Wrongway Feldman | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-896 | GILLIGAN'S ISLAND: The Matchmaker | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-898 | GILLIGAN'S ISLAND: Music Hath Charms | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-731 | GILLIGAN'S ISLAND: New Neighbor Sam | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-305 | GILLIGAN'S ISLAND: They're Off And Running | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-730 | GILLIGAN'S ISLAND: Three To Get Ready | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-895 | GILLIGAN'S ISLAND: Forget Me Not | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-837 | GILLIGAN'S ISLAND: Diogenes, Please Go Home | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-835 | GILLIGAN'S ISLAND: Physical Fatness | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-893 | GILLIGAN'S ISLAND: It's Magic | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-836 | GILLIGAN'S ISLAND: Goodbye Old Paint | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-894 | GILLIGAN'S ISLAND: My Fair Gilligan | TEC, CSL, CSB, LS, NS, AND TS |
| PA 594-303 | GILLIGAN'S ISLAND: A Nose By Any Other Name | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-617 | GILLIGAN'S ISLAND: Gilligan's Mother In Law | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-620 | GILLIGAN'S ISLAND: Beauty Is As Beauty Does | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-626 | GILLIGAN'S ISLAND: The Little Dictator | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-619 | GILLIGAN'S ISLAND: Smile, You're On Mars Camera | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-618 | GILLIGAN'S ISLAND: The Sweepstakes | TEC, CSL, CSB, LS, NS, AND TS |

| | | |
|---|---|---|
| RE 624-622 | GILLIGAN'S ISLAND: Quick Before It Sinks | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-623 | GILLIGAN'S ISLAND: Castaways Pictures Presents | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-625 | GILLIGAN'S ISLAND: Agonized Labor | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-624 | GILLIGAN'S ISLAND: Nyet, Nyet, Not Yet | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-627 | GILLIGAN'S ISLAND: Hi Fi Gilligan | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-628 | GILLIGAN'S ISLAND: The Chain Of Command | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-632 | GILLIGAN'S ISLAND: Don't Bug The Mosquitoes | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-631 | GILLIGAN'S ISLAND: Gilligan Gets Bugged | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-630 | GILLIGAN'S ISLAND: Mine Hero | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-629 | GILLIGAN'S ISLAND: Erika Tiffany Smith To The Rescue | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-633 | GILLIGAN'S ISLAND: Not Guilty | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-634 | GILLIGAN'S ISLAND: You've Been Disconnected | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-635 | GILLIGAN'S ISLAND: The Postman Cometh | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-636 | GILLIGAN'S ISLAND: Seer Gilligan | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-637 | GILLIGAN'S ISLAND: Love Me, Love My Skipper | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-638 | GILLIGAN'S ISLAND: Gilligan's Living Doll | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-639 | GILLIGAN'S ISLAND: Forward March | TEC, CSL, CSB, LS, NS, AND TS |
| RE 624-640 | GILLIGAN'S ISLAND: Ship Ahoax | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-647 | GILLIGAN'S ISLAND: Feed The Kitty | TEC, CSL, CSB, LS, NS, AND TS |

| RE 658-643 | GILLIGAN'S ISLAND: Operation: Steam Heat | TEC, CSL, CSB, LS, NS, AND TS |
|---|---|---|
| RE 658-644 | GILLIGAN'S ISLAND: Will The Real Mr. Howell Please Stand Up? | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-648 | GILLIGAN'S ISLAND: Ghost-A-Go-Go | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-649 | GILLIGAN'S ISLAND: Allergy Time | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-645 | GILLIGAN'S ISLAND: V For Vitamins | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-646 | GILLIGAN'S ISLAND: Mr. And Mrs. ??? | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-651 | GILLIGAN'S ISLAND: Meet The Meteor | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-692 | GILLIGAN'S ISLAND: Up At Bat | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-703 | GILLIGAN'S ISLAND: Gilligan vs. Gilligan | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-702 | GILLIGAN'S ISLAND: Pass The Vegetables, Please | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-701 | GILLIGAN'S ISLAND: The Producer | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-700 | GILLIGAN'S ISLAND: Voodoo | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-699 | GILLIGAN'S ISLAND: Where There's A Will | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-698 | GILLIGAN'S ISLAND: Man With A Net | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-697 | GILLIGAN'S ISLAND: Hair Today, Gone Tomorrow | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-696 | GILLIGAN'S ISLAND: Ring Around Gilligan | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-695 | GILLIGAN'S ISLAND: Topsy-Turvy | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-694 | GILLIGAN'S ISLAND: The Invasion | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-693 | GILLIGAN'S ISLAND: The Kidnapper | TEC, CSL, CSB, LS, NS, AND TS |

| RE 658-688 | GILLIGAN'S ISLAND: And Then There Were None | TEC, CSL, CSB, LS, NS, AND TS |
|---|---|---|
| RE 658-691 | GILLIGAN'S ISLAND: All About Eva | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-690 | GILLIGAN'S ISLAND: Gilligan Goes Gung-Ho | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-689 | GILLIGAN'S ISLAND: Take A Dare | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-687 | GILLIGAN'S ISLAND: Court-Martial | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-704 | GILLIGAN'S ISLAND: The Hunter | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-705 | GILLIGAN'S ISLAND: Lovey's Secret Admirer | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-706 | GILLIGAN'S ISLAND: Our Vines Have Tender Apes | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-580 | GILLIGAN'S ISLAND: Gilligan's Personal Magnetism | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-707 | GILLIGAN'S ISLAND: Splashdown | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-581 | GILLIGAN'S ISLAND: High Man On The Totem Pole | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-582 | GILLIGAN'S ISLAND: The Second Ginger Grant | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-708 | GILLIGAN'S ISLAND: The Secret Of Gilligan's Island | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-583 | GILLIGAN'S ISLAND: Slave Girl | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-585 | GILLIGAN'S ISLAND: It's A Bird, It's A Plane | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-586 | GILLIGAN'S ISLAND: The Pigeon | TEC, CSL, CSB, LS, NS, AND TS |
| RE 701-584 | GILLIGAN'S ISLAND: Bang! Bang! Bang! | TEC, CSL, CSB, LS, NS, AND TS |
| RE 658-709 | GILLIGAN'S ISLAND: Gilligan, The Goddess | TEC, CSL, CSB, LS, NS, AND TS |
| PA 604-354 | Hanna-Barbera's Christmas sing-a-long | Hanna-Barbera Home Video, Inc. |

| | | |
|---|---|---|
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 028-104 | HOOPER | WBI |
| PA 713-300 | MAVERICK | WB |
| Pau 2-421-234 | Pokemon: the first movie --Mewtwo Strikes Back | Nintendo of America, Inc. ("NAI"), Game Freak, Inc. ("GFI"), Creatures, Inc. ("CI"), Shogakukan Productions Company, Ltd. ("SPC"), TV Tokyo ("TVT"), East Japanese Marketing & Communications, Inc. ("EJMCI"), Oriental Light & Magic, Inc. ("OL & MI"), Tomy, Media Factory & Shogakukan, Inc. ("MF & SI") |
| PA 998-659 | Pokemon the Movie 2000 | NAI, GFI, CI, SPC, TVT, EJMCI, OL & MI, Tomy, MF & SI |

| | | |
|---|---|---|
| PA 142-980 | POLTERGEIST | Metro-Goldwyn-Mayer Film Company & S L M Entertainment, Ltd. |
| PA 1-266-173 | RACING STRIPES | Racing Stripes Productions, LLC |
| PA 1-067-333 | Ocean's Eleven | WBEI |
| RE 586-372 | Robin and the 7 hoods | WBI |
| RE 528-579 | 4 For Texas | WBI |
| PA 1-037-283 | SIX FEET UNDER: Pilot | Home Box Office, Inc. ("HBO") |
| PA 1-037-284 | SIX FEET UNDER: The Will | HBO |
| PA 1-039-044 | SIX FEET UNDER: The Foot | HBO |
| PA 1-037-285 | SIX FEET UNDER: Familia | HBO |
| PA 1-036-670 | SIX FEET UNDER: An Open Book | HBO |
| PA 1-036-671 | SIX FEET UNDER: The Room | HBO |
| PA 1-036-669 | SIX FEET UNDER: Brotherhood | HBO |
| PA 1-037-286 | SIX FEET UNDER: Crossroads | HBO |
| PA 1-037-287 | SIX FEET UNDER: Life's Too Short | HBO |
| PA 1-037-288 | SIX FEET UNDER: The New Person | HBO |
| PA 1-037-289 | SIX FEET UNDER: The Trip | HBO |
| PA 1-037-290 | SIX FEET UNDER: A Private Life | HBO |
| PA 1-037-291 | SIX FEET UNDER: Knock, Knock | HBO |
| PA 834-921 | Sleepers | WB |
| PA 1-324-964 | SMALLVILLE: Crusade | WBEI |
| PA 1-325-010 | SMALLVILLE: Gone | WBEI |
| PA 1-325-012 | SMALLVILLE: Façade | WBEI |
| PA 1-325-011 | SMALLVILLE: Devoted | WBEI |
| PA 1-325-013 | SMALLVILLE: Run | WBEI |
| PA 1-325-014 | SMALLVILLE: Transference | WBEI |
| PA 1-325-015 | SMALLVILLE: Jinx | WBEI |
| PA 1-325-016 | SMALLVILLE: Spell | WBEI |
| PA 1-346-766 | SMALLVILLE: Bound | WBEI |
| PA 1-325-018 | SMALLVILLE: Scare | WBEI |
| PA 1-325-019 | SMALLVILLE: Unsafe | WBEI |
| PA 1-325-020 | SMALLVILLE: Pariah | WBEI |
| PA 1-325-021 | SMALLVILLE: Recruit | WBEI |

| | | |
|---|---|---|
| PA 1-325-022 | SMALLVILLE: Krypto | WBEI |
| PA 1-325-023 | SMALLVILLE: Sacred | WBEI |
| PA 1-325-024 | SMALLVILLE: Lucy | WBEI |
| PA 1-325-025 | SMALLVILLE: Onyx | WBEI |
| PA 1-325-026 | SMALLVILLE: Spirit | WBEI |
| PA 1-267-455 | SMALLVILLE: Blank | WBEI |
| PA 1-325-027 | SMALLVILLE: Ageless | WBEI |
| PA 1-325-028 | SMALLVILLE: Forever | WBEI |
| PA 1-325-029 | SMALLVILLE: Commencement | WBEI |
| PA 1-390-291 | Stingiest Man in Town | WBEI |
| PA 152-631 | SWEENEY TODD: THE DEMON BARBER OF FLEET STREET (1982 TV movie) | RKO/Nederlander Productions |
| PA 610-718 | Teenage Mutant Ninja Turtles III | Zellcom Industries, BV |
| PA 476-044 | The Exorcist III | Morgan Creek Film Partners I |
| PA 672-643 | The Halloween Tree | Hanna-Barbera Cartoons, Inc |
| PA 1-119-134 | THE LORD OF THE RINGS: The Two Towers | Lord Zweite Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc.x |
| PA 1-615-821 | THE OBLONGS: Misfit Love (Pilot) | Oblong Productions, Inc. ("OPI") |
| PA 1-615-834 | THE OBLONGS: Narcoleptic Scottie | OPI |
| PA 1-615-827 | THE OBLONGS: Milo Interrupted | OPI |
| PA 1-615-831 | THE OBLONGS: Bucketheads | OPI |
| PA 1-615-818 | THE OBLONGS: Heroine Addict | OPI |
| PA 1-615-829 | THE OBLONGS: The Golden Child | OPI |
| PA 1-615-822 | THE OBLONGS: Flush, Flush, Sweet Helga | OPI |
| PA 1-615-817 | THE OBLONGS: Disfigured Debbie | OPI |
| PA 1-615-830 | THE OBLONGS: Pickles' Little Amazons | OPI |

| | | |
|---|---|---|
| PA 1-615-825 | THE OBLONGS: Get Off My Back | OPI |
| PA 1-615-824 | THE OBLONGS: Please Be Genital | OPI |
| PA 1-615-833 | THE OBLONGS: My Name is Robbie | OPI |
| PA 1-615-815 | THE OBLONGS: Father of the Bribe | OPI |
| PA 1-250-537 | THE POLAR EXPRESS | WBEI |
| PA 504-210 | The Shop Around the Corner | TEC' |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO and Samax, Inc. ("SI") |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; SI |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| R390474 | Wizard of Oz, The | TEC |
| PA 1-284-129 | WEDDING CRASHERS | NLPI |
| PA 1-648-731 | WHERE THE WILD THINGS ARE | KLG Film Invest GmbH |
| PA 209-180 | Yogi's First Christmas | Hanna-Barbera Productions, Inc. |